BERTHA STEINBERG, Plaintiff, *v.* LIZZIE C. DOSCHER, Respondent, Impleaded with Others.

THOMAS KOHLWEISS, Appellant.

*Steinberg* v. *Doscher*, 172 App. Div. 923, appeal dismissed.
(Argued May 20, 1919; decided June 3, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 7, 1916, which affirmed an order of Special Term, vacating and setting aside a judgment of foreclosure and sale and the deed of conveyance thereunder. Respondent contended that the relief granted was within the discretion of the courts below.

*Louis J. Halbert* for appellant.

*Richard F. Adams* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.

---

LYDIA E. GILMORE, Respondent, *v.* STUARD HIRSCHMAN, Appellant, Impleaded with Others.

*Gilmore* v. *Hirschman*, 187 App. Div. 938, appeal dismissed.
(Argued May 20, 1919; decided June 3, 1919.)

APPEAL from so much of an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 7, 1919, as directs a resettlement of a prior order of said Appellate Division. Respondent contended that the Court of Appeals had no jurisdiction to entertain the appeal.

*Jerome E. Malino* and *A. S. Gilbert* for appellant.

*John Brooks Leavitt* and *N. Otis Rockwood* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.